UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

ROBERT E. WIGGINS,

                        Plaintiff,

        - against -

THOMAS GRIFFIN, *et al.*,

                        Defendants.

------------------------------------------------------------- X

18-CV-7559 (NSR) (LSM)

Hon. Lisa Margaret Smith

*Pro se*

ORDER

**IT IS HEREBY ORDERED** that an Assistant Attorney General may take the deposition of ROBERT E. WIGGINS, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at the Eastern Correctional Facility, Napanoch, New York 12458, on January 16, 2020, upon notice to Plaintiff.

                                                    **HONORABLE LISA MARGARET SMITH**
                                                    **United States Magistrate Judge**

**SO-ORDERED**: January 9, 2020
                   White Plains, New York