Chambers Sent Copy to Pro Se Plaintiff at Address of Record

**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| **WIGGINS,**<br><br>         **Plaintiff,**<br><br>    *- against –*<br><br>**GRIFFIN, et al.,**<br><br>         **Defendants.** | **18 CV 7559 (NSR) (LMS)**<br><br><u>**ORDER**</u> |

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

   The telephonic status conference currently scheduled for Monday, April 6, 2020, at 3:15 p.m., before the undersigned will be adjourned to Friday, May 6, 2020, at 3:15 p.m. In addition, there will be a thirty (30) day extension to all outstanding discovery deadlines.

Dated: April 2, 2020
   White Plains, New York    **SO ORDERED,**

                    */s/ Lisa Margaret Smith*
                    _____
                    Lisa Margaret Smith
                    United States Magistrate Judge
                    Southern District of New York

---

[1] Judge Nelson S. Román referred this matter to the undersigned on December 17, 2019. ECF No.11.