UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT WIGGINS,

                Plaintiff,

v.                                                            <u>ORDER</u>

THOMAS GRIFFIN, et al.,                18-CV-07559 (PMH)

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The status conference scheduled for April 30, 2020 is adjourned until June 5, 2020 at 2:00 p.m. The status conference will be he telephonically. At the time of the scheduled conference, counsel and unrepresented parties shall call: (888) 398-2342; access code 3456831. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have Plaintiff available by telephone. Defendants are instructed to mail a copy of this Order to Plaintiff and provide proof of service on the docket.

                              **SO ORDERED.**

Dated: New York, New York
       April 29, 2020

                              _____
                              Philip M. Halpern
                              United States District Judge