UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ROBERT WIGGINS,                              **ORDER**

             Plaintiff,            18-CV-07559 (PMH)

v.

THOMAS GRIFFIN, et al.,

             Defendants.

----------------------------------------------------------X

The status conference scheduled for June 5, 2020 is adjourned until June 18, 2020 at 9:45 a.m. The conference will be held telephonically. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. Counsel for Defendants are directed to mail a copy of this Order to Plaintiff and provide proof of service on the docket.

Dated: New York, New York
       May 29, 2020

SO ORDERED:

_____
Philip M. Halpern
United States District Judge