UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT WIGGINS,

                Plaintiff,

-against-

THOMAS GRIFFIN, et al.,

                Defendants.
-------------------------------------------------------------X

18 **CIVIL** 7559 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 22, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        February 23, 2021

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                      BY:

                                                    **Deputy Clerk**