UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ROBERT WIGGINS,

                Plaintiff,

v.

THOMAS GRIFFIN, et al.,

                Defendants.

---------------------------------------------------------X

**ORDER**

18-CV-07559 (PMH)

A status conference is scheduled in this matter for **January 17, 2024 at 12:30 p.m.**, to be held by telephone conference. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the Plaintiff available via telephone.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
         December 14, 2023

                                          SO ORDERED:

                                          _____
                                          Philip M. Halpern
                                          United States District Judge