UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROBERT WIGGINS,  **ORDER**

              Plaintiff,  18-CV-07559 (PMH)

v.

THOMAS GRIFFIN, et al.,

              Defendants.

-----------------------------------------------------------X

      A mandate was issued in this case on December 11, 2023. (Doc. 82). The Court of Appeals affirmed in part, vacated in part, and remanded to this Court to consider whether issues of material fact exist as to the deliberate indifference claim against Defendants Jebamani, Kopp, and Howard and the affirmative defense of qualified immunity. The Court, having reviewed the mandate and decision, has found that genuine issues of material fact exist as to the deliberate indifference claim and defense of qualified immunity. The parties were advised and agree that genuine issues of fact exist.

      Counsel for all parties appeared for a telephonic conference on January 17, 2024. As discussed on the record, the parties are permitted to, by **February 16, 2024**, conduct the depositions of Defendants Kopp, Howard, and Jebamani and non-party Michael Lewis. The parties are directed to meet and confer regarding scheduling the aforementioned depositions and, by **January 18, 2024 at 5:00 p.m.**, notify the Court of the dates selected. Moreover, to the extent the parties agree to some limited document production, such production shall be completed by **February 16, 2024**. No extension of these deadlines will be granted.

1

The Court further directs that the parties to file the materials required by Rules 6(A) and 6(B) of this Court's Individual Practices, including the Joint Pretrial Order, *Voir Dire*, Requests to Charge, Verdict Form and any motions *in limine*, by **March 18, 2024**. Contemporaneous with the filing of the foregoing materials, the parties are directed to submit to Chambers, via e-mail at HalpernNYSDChambers@nysd.uscourts.gov, copies of their Rules 6(A) and 6(B) materials in Word format. A pretrial conference will be scheduled thereafter.

Dated: White Plains, New York
January 17, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge