UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                    :
  ROBERT E. WIGGINS,                                :
                                                    :
                              Plaintiff,            :
                                                    :          ~~[PROPOSED]~~ **ORDER**
  v.                                                :
                                                    :          18-CV-07559 (PMH)
  THOMAS GRIFFIN, *et al.*,                         :
                                                    :
                                                    :
                              Defendants.           :
                                                    :
                                                    :
------------------------------------------------------------X


Upon the application of Plaintiff for leave to take the deposition of third-party Michael

Lewis, an inmate, and the Court having granted leave for the taking of Lewis's deposition pursuant

to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

IT IS HEREBY ORDERED that the Superintendent or other official in charge of the Green

Haven Correctional Facility produce inmate Michael Lewis for the taking of his deposition on

February 9, 2024, at a time to be agreed upon by the parties, and for so long thereafter as the

deposition continues;

IT IS FURTHER ORDERED that Michael Lewis appear in such place as designated by

the Superintendent or other official in charge of Green Haven Correctional Facility so that his

deposition may be taken; and

IT IS FURTHER ORDERED that also present at the deposition will be a court reporter to be designated by Plaintiff as well as the attorneys for Plaintiff.

Dated: February 1, 2024
White Plains, New York

SO ORDERED:

Philip M. Halpern
United States District Judge