UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROBERT WIGGINS,                                    **ORDER**

              Plaintiff,                    18-CV-07559 (PMH)

v.

THOMAS GRIFFIN, et al.,

              Defendants.

-----------------------------------------------------------X

      A pretrial conference is scheduled in this matter for **April 16, 2024 at 11:00 a.m.**, to be held in Courtroom 520 of the White Plains courthouse.

Dated: White Plains, New York
       March 26, 2024

                                                          SO ORDERED:

                                                          _____
                                                          Philip M. Halpern
                                                          United States District Judge