UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ROBERT WIGGINS,                                              **ORDER**

                Plaintiff,                            18-CV-07559 (PMH)

v.

THOMAS GRIFFIN, et al.,

                Defendants.

-------------------------------------------------------X

      The parties are hereby notified that this matter will proceed to trial on June 10, 2024. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601. The parties are directed to immediately notify the Court if they have reached a settlement.

      The pre-trial conference will proceed as scheduled on April 16, 2024 at 11:00 a.m. in Courtroom 520 of the White Plains courthouse.

Dated: White Plains, New York
       March 29, 2024

                                                    SO ORDERED:

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge