UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ROBERT WIGGINS,                         **ORDER**

             Plaintiff,            18-CV-07559 (PMH)

v.

THOMAS GRIFFIN, et al.,

            Defendants.

---------------------------------------------------------X

Counsel for all parties appeared for an in-person pretrial conference on April 16, 2024. As discussed on the record, jury selection and trial in this matter will proceed on **June 10, 2024**.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **April 30, 2024**, a revised proposed Joint Pretrial Order.

2. The parties are further directed to meet and confer and file, by **April 30, 2024**, a single, separate document representing the parties' joint summary of the case.

3. The Court denied the parties' proposed *Voir Dire* Question Nos. 10, 14, 26, 29-31, 35, 42, 48, 57, 59, 61-62, 64-65, 71-72, 75, 78. The remaining proposed questions were granted or granted in substance. The parties shall review the proposed *Voir Dire* Questionnaire Form provided by the Court during the conference and file, by **April 30, 2024**, a joint letter informing the Court as to any objections or additions thereto.

4. The parties shall meet and confer regarding objections in the proposed Jury Instructions and file, by **April 30, 2024**, revised proposed Jury Instructions.

5. The parties shall meet and confer regarding changes to the proposed Verdict Sheets and file, by **April 30, 2024**, a single document representing the parties' joint proposed Verdict Sheet.

1

6. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

7. A final pretrial conference has been scheduled for **May 8, 2024 at 11:30 a.m. in Courtroom 520** of the White Plains courthouse.

8. The parties shall produce to the Court, by **May 8, 2024**, three exhibit binders containing the parties' exhibits and an index listing the content of the binders.

See Transcript.

**SO ORDERED:**

Dated: White Plains, New York
April 16, 2024

_____
PHILIP M. HALPERN
United States District Judge