UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ROBERT WIGGINS,                                  **ORDER**

              Plaintiff,                    18-CV-07559 (PMH)

v.

THOMAS GRIFFIN, et al.,

              Defendants.

----------------------------------------------------------X

Counsel for all parties appeared for an in-person pretrial conference on May 20, 2024. As discussed on the record, jury selection and trial in this matter will proceed on **June 10, 2024**.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **May 28, 2024**, a revised proposed Joint Pretrial Order.

2. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **May 28, 2024**, a revised proposed Verdict Sheet.

3. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

4. Defendants may, by **May 28, 2024**, file a letter (up to five double-spaced pages) setting forth their argument for the defense of non-exhaustion. Plaintiff's response, if any, is due by **June 4, 2024**.

5. Defendants shall produce to the Court, by **May 28, 2024**, three exhibit binders containing Defendants' exhibits and an index listing the content of the binders.

See Transcript.

1

SO ORDERED:

Dated: White Plains, New York
        May 20, 2024

_____
PHILIP M. HALPERN
United States District Judge