UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ROBERT WIGGINS,                                        **ORDER**

        Plaintiff,                              18-CV-07559 (PMH)

v.

THOMAS GRIFFIN, et al.,

        Defendants.

---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the Parties have reached a settlement in principle in this case. (Doc. 122). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and trial in this matter are CANCELED.

**SO-ORDERED:**

Dated: White Plains, New York
      May 28, 2024

                                                                     _____
                                                                     Philip M. Halpern
                                                                       United States District Judge